IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANA LITOFSKY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 5:17-cv-347 |
| | § | |
| GREAT LAKES REINSURANCE (U.K) | § | |
| SE | § | |
| | § | |
| *Defendant.* | | |

## STIPULATION OF DISMISSAL

Plaintiff ANA LITOFKSY and Defendant GREAT LAKES INSURANCE SE, formerly

known as Great Lakes Reinsurance (UK) SE, hereby file this Stipulation of Dismissal pursuant

to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Plaintiff voluntarily dismisses

with prejudice all claims by Plaintiff against Defendant in this matter, and Defendant agrees to

the dismissal. Plaintiff and Defendant further stipulate that all costs will be borne by the party

incurring same.

Dated: June 22, 2017.

Respectfully submitted,


*/s/ William D. Abbott*
Les Pickett
  Federal I.D. No. 14306
  Texas Bar No. 15980520
William D. Abbott
  Federal I.D. No. 2789456
  Texas Bar No. 24087069


**OF COUNSEL:**
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney, Suite 1400
Houston, Texas 77010
(713) 599-0700 – Telephone

(713) 599-0777 – Facsimile

**ATTORNEYS FOR DEFENDANT**

Respectfully submitted,

Matthew R. Pearson
   State Bar No. 00788173

Jonathan C. Lisenby
   State Bar No. 24072889

**OF COUNSEL:**

GRAVELY & PEARSON, LLP
425 Soledad, Suite 600
San Antonio, Texas 78205
Telephone: (210) 472-1111
Facsimile:  (210) 472-1110

**ATTORNEYS FOR PLAINTIFF**

2

## <u>CERTIFICATE OF SERVICE</u>

This will certify that a true and correct copy of the foregoing was served upon all counsel of record via the Southern District of Texas e-file system. All manner of service is made on June 22, 2017.

Les Pickett
William D. Abbott
GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas 77010

_____
Matthew R. Pearson / Jonathan C. Lisenby

3